UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 10-366 (WHW) |
| v. | : Hon. William H. Walls |
| ANSELMO JIMENES,<br>a/k/a "Ansemo Jimenes" | : <u>CONTINUANCE ORDER</u> |

A criminal indictment charging the defendant with, among other offenses, conspiracy to obstruct interstate commerce by armed robbery, in violation of Title 18, United States Code, Section 1951(a), having been returned on May 25, 2010; and the defendant having been arraigned by this Court on June 15, 2010; and the defendant being represented by Edward Sapone, Esq.; and the defendant currently being detained; and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of defendant's arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and no continuances having previously been granted by the Court; the parties respectfully request a thirty (30) day continuance pursuant to 18, United States Code, Section 3161(h)(8)(A) in order to permit the parties to engage in plea negotiations and try to resolve this matter without trial and for good cause shown;

IT IS on this 23 day of June, 2010,

ORDERED that from the date of this Order, to and including July 22, 2010, shall be excluded in calculating the time within

which this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

SEEN AND AGREED:

_____
Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

_____
Edward Sapone, Esq.
Counsel for ANSELMO JIMENES